AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

WESTERN HERITAGE INSURANCE COMPANY, an
Arizona corporation,

_____
*Plaintiff*

v.

LUKE JEANNERET and JANE DOE JEANNERET,
husband and wife, dba LUKE JEANNERET
CONSTRUCTION, LUKE JEANNERET individually and
dba JEANNERET CONSTRUCTION,
_____
*Defendant*

)
)
)
)
)

Civil Action No.   2:15-CV-00320-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Complaint (ECF No. 1), and the claims therein, are dismissed without prejudice and without costs or attorneys' fees
to any party.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

❑  decided by Judge _____ on a motion for

Date:  1/5/2016
_____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____